Lewis C. Brown, Appellee, v. Motor Cargo, Inc., and
Albert E. Rodgers, Appellants.

Gen. No. 46,925.

First District, First Division.
November 19, 1956.
Released for publication February 11, 1957.

Thomas K. Gifford, and Mark H. Ellis, for defendants-appellants; Thomas C. Angerstein, George W. Angerstein, Charles Wolff, and Sidney Z. Karasik, of counsel; Piacenti and Cifelli, and Edward Wolfe, for plaintiff-appellee; Edward Wolfe, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.